**John S. CLARK, Individually and as Trustee of the John S. and Loretta J. Clark Trust, Plaintiff–Appellant,**

v.

**Donald DOUGLAS, Also Known as Donnie Douglas; Cheryl Walker Douglas; Caddo Creek Production, Inc., a Texas Corporation; Lyle J. Brandon; Lana Roberts Brandon, Defendants–Appellees.**

No. 06–40364.

United States Court of Appeals,
Fifth Circuit.

May 30, 2007.

Michael Patrick Kelly, Dallas, TX, Robert Arthur Brunig, Brunig & Associates, Southlake, TX, for Plaintiff–Appellant.

Roger Dickert Sanders, Sanders, O'Hanlon & Motley, Bryan H. Hutson, Sherman, TX, Cheryl Walker Douglas, Comfort, TX, Christi Johnson Kennedy, Michael W. Janecek, Tyler, TX, for Defendants–Appellees.

Before GARWOOD, SMITH, and DeMOSS, Circuit Judges.

PER CURIAM: *

The motion to vacate the judgment and to remand is DENIED. The alternative motion to remand is GRANTED in part. This matter is REMANDED for the limited purpose of conferring on the district court the jurisdiction to grant a rule 60(b)

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

motion if that court wishes to do so. If that court grants the rule 60(b) motion, it may make findings. This court retains jurisdiction in the interim. We express no view on how the district court should rule on the rule 60(b) motion.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.